UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

DOUGLAS C. GIBBONEY, :
         Petitioner, :
    v. : No. 2:19-cv-3534
:
SUPERINTENDENT KEVIN RANSOM, :
PENNSYLVANIA STATE ATTORNEY :
GENERAL, and THE DISTRICT ATTORNEY :
OF THE COUNTY OF CHESTER, :
         Respondents. :
_____

# O R D E R

**AND NOW**, this 27th day of December, 2019, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 17, is **APPROVED and ADOPTED**;

2. The petition for a writ of habeas corpus, ECF No. 1, is **DISMISSED**;

3. This case is **CLOSED**; and

4. There is no basis for the issuance of a Certificate of Appealability.

                           BY THE COURT:

                           */s/ Joseph F. Leeson, Jr.*
                           JOSEPH F. LEESON, JR.
                           United States District Judge